UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ARVEY,

    Plaintiff,

v

SANDRA LYNN FIELSTRA, FRUITPORT
COMMUNITY SCHOOLS, ROBERT SZYMONIAK,
ROBERT ROGERS, LAUREN CHESNEY, and
PROFESSIONAL EDUCATIONAL SERVICES
GROUP, LLC, a Michigan limited liability company

    Defendants.

CASE NO.  1:18-CVD-00185

HON. PAUL L. MALONEY

---

| | |
|---|---|
| Kevin B. Even (P38599)<br>Smith Haughey Rice & Roegge<br>keven@shrr.com<br>Attorneys for Plaintiff<br>900 Third St., Ste 204<br>Muskegon, MI 49440<br>231-724-4320 | Mark T. Ostrowski (P49761)<br>Bogomir Rajsic, III (P79191)<br>Jessica M. Start (P80647)<br>Kluczynski, Girtz & Vogelzang<br>Attorneys for Fruitport Community Schools, Robert Szymoniak, Robert Rogers and Lauren Chesney<br>mostrowski@kgvlaw.com; brajsic@kgvlaw.com; jstart@kgvlaw.com<br>5005 Cascade Rd. SE, Ste A<br>Grand Rapids, MI 49546<br>616-459-0556<br><br>Michael D. Weaver (P43985)<br>Plunkett Cooney<br>Attorneys for Professional Educational Services Group, LLC<br>mweaver@plunkettcooney.com<br>38505 Woodward Ave., Ste 100<br>Bloomfield Hills, MI 48034<br>248-901-4025 |

---

**PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME**

    NOW COMES the Plaintiff, Michael Arvey, by and through his counsel, SMITH HAUGHEY RICE & ROEGGE, and hereby moves this court for an adjournment of the joint status conference currently scheduled for August 20, 2018, and states as follows:

SHRR\4391511.v1

1. Plaintiff's counsel, Joseph S. Bush, has recently left private practice and has been seeking to find alternative counsel for his existing clients.

2. Plaintiff has sought the representation of this office.

3. This office has recently been provided with a box of materials from Mr. Bush's office to undertake the representation of Plaintiff in this matter.

4. It is hereby requested that the joint status conference currently scheduled for August 20, 2018, be adjourned for at least thirty (30) days to allow new counsel to get up to speed on the pleadings in this case so as to make the joint status conference a meaningful endeavor.

Dated: August 14, 2018

/s/ Kevin B. Even
Kevin B. Even (P38599)
Smith Haughey Rice & Roegge
keven@shrr.com
Attorneys for Plaintiff
900 Third St., Ste 204
Muskegon, MI 49440
231-724-4320

## CERTIFICATE OF SERVICE

I hereby certify that on Tue, Aug 14, 2018 I filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ Kevin B. Even
Kevin B. Even (P38599)
keven@shrr.com
Attorney for Plaintiff
900 Third St., Suite 204
Muskegon, MI 49440
231-724-4320

-2-

SHRR\4391511.v1