UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ARVEY,

    Plaintiff,

v

SANDRA LYNN FIELSTRA, FRUITPORT COMMUNITY SCHOOLS, ROBERT SZYMONIAK, ROBERT ROGERS, LAUREN CHESNEY, and PROFESSIONAL EDUCATIONAL SERVICES GROUP, LLC, a Michigan limited liability company

    Defendants.

CASE NO.  1:18-CVD-00185

HON. PAUL L. MALONEY

**ORDER GRANTING LEAVE TO TAKE DEPOSITION OF PERSON CONFINED IN PRISON**

---

Kevin B. Even (P38599)
Smith Haughey Rice & Roegge
keven@shrr.com
Attorneys for Plaintiff
900 Third St., Ste 204
Muskegon, MI 49440
231-724-4320

Mark T. Ostrowski (P49761)
Bogomir Rajsic, III (P79191)
Jessica M. Stark (P80647)
Kluczynski, Girtz & Vogelzang
Attorneys for Fruitport Community Schools, Robert Szymoniak, Robert Rogers and Lauren Chesney
mostrowski@kgvlaw.com;
brajsic@kgvlaw.com; jesstark@kgvlaw.com
5005 Cascade Rd. SE, Ste A
Grand Rapids, MI 49546
616-459-0556

Michael D. Weaver (P43985)
Plunkett Cooney
Attorneys for Professional Educational Services Group, LLC
mweaver@plunkettcooney.com
38505 Woodward Ave., Ste 100
Bloomfield Hills, MI 48034
248-901-4025

---

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

SHRR\4506958.v1

**ORDER GRANTING LEAVE TO TAKE DEPOSITION
OF PERSON CONFINED IN PRISON**

PLAINTIFF having moved the Court for an order for leave to take the oral deposition of a deponent incarcerated in prison and the Court having considered Plaintiff's motion for the oral deposition of Defendant, Sandra Lynn Fielstra who is confined in the Women's Huron Valley Correctional Facility located at 3201 Bemis Road, Ypsilanti, Michigan, and the Court being fully advised and being of the opinion that there is good cause for the taking of the deposition,

IT IS ORDERED that the deposition of Defendant, Sandra Lynn Fielstra may be taken by the Plaintiff at a date and time to be noticed.

Dated: January 24, 2019                          /s/ Phillip J. Green
                                                 PHILLIP J. GREEN
                                                 United States Magistrate Judge